Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MUNOZ,<br><br>        Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:23-cv-02001-CAB-KSC<br><br>**Joint Motion to Dismiss Defendant Higher Education of the State of Missouri (MOHELA) Only Without Prejudice** |

NOTICE IS HEREBY GIVEN THAT:

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss defendant Higher Education of the State of Missouri (MOHELA) only, without prejudice.  Each party to bear its own costs and fees.  This dismissal shall not apply to the pending claims against the other named Defendants.

Date: December 27, 2023         /s/Cory M. Teed
                                Cory M. Teed
                                Attorney for Plaintiff


Date: December 27, 2023         /s/Lukas Sosnicki
                                Lukas Sosnicki
                                Attorney for Defendant Higher Education Loan
                                Authority of the State of Missouri

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lukas Sosnicki, and that I have obtained counsel's authorization to affix his electronic signature to this document.

Date: December 27, 2023         /s/Cory M. Teed
                                Cory M. Teed
                                Attorney for Plaintiff