# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MUNOZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-02001-CAB-KSC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA) ONLY**<br>**[Doc. No. 16]** |

//

//

//

1  Having considered the parties' Joint Motion to Dismiss [Doc. No. 16], Higher Education Loan Authority of the State of Missouri (MOHELA), is hereby dismissed without prejudice.  Each party shall bear its own costs and expenses. This dismissal shall not apply to the other named Defendants.

**IT IS SO ORDERED.**

Dated:  January 2, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge