Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MUNOZ, | Case No.: 3:23-cv-02001-CAB-KSC |
| Plaintiff, | **Notice of Settlement as to the Entire Case** |
| v. | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Please take notice that this matter has been settled with the remaining defendant Experian Information Solutions, Inc. A Joint Motion to Dismiss as to the Entire Case is anticipated to be filed within sixty (60) days upon the completion of a fully executed settlement agreement and the completion of its terms.

Dated: May 13, 2024         /s/Cory M. Teed_____
                            Cory M. Teed
                            Attorney for Plaintiff