Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MUNOZ, | Case No.: 3:23-cv-02001-CAB-KSC |
| Plaintiff, | **Joint Motion to Dismiss Entire Case** |
| v. | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss defendant Experian Information Solutions, Inc. only, with prejudice. Each party to bear its own costs and fees.

Date: July 22, 2024            /s/Cory M. Teed
                               Cory M. Teed
                               Attorney for Plaintiff

Date: July 22, 2024         /s/Miguel A. Alvarez
                            Miguel A. Alvarez
                            Attorney for Defendant Experian Information
                            Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Miguel A. Alvarez, and that I have obtained counsel's authorization to affix his electronic signature to this document.

Date: July 22, 2024         /s/Cory M. Teed
                            Cory M. Teed
                            Attorney for Plaintiff