# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MUNOZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:23-cv-02001-CAB-KSC<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE**<br><br>**[Doc. No. 39]** |

　　Having considered the parties' Joint Motion to Dismiss, Experian Information Solutions, Inc., is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

　　All parties have now been terminated. The Clerk of Court shall **CLOSE** the case.

　　**IT IS SO ORDERED**.

Dated:　July 22, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge